FITZPATRICK SPINI & SWANSTON
B. James Fitzpatrick (SBN 129056)
bjfitzpatrick@fandslegal.com
555 S. Main Street
Salinas, California 93901
Telephone:     (831) 755-1311
Facsimile:     (831) 755-1319

Attorney for Plaintiff
CARLOS ZARATE

SEYFARTH SHAW LLP
Catherine M. Dacre (SBN 141988)
cdacre@seyfarth.com
Emily E. Barker (SBN 275166)
ebarker@seyfarth.com
Duwayne A. Carr (SBN 299136 )
dacarr@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:     (415) 397-2823
Facsimile:     (415) 397-8549

Attorneys for Defendant
DS SERVICES OF AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS ZARATE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DS SERVICES OF AMERICA, INC.; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No. C15-01871 NC<br><br>**JOINT STIPULATION AND ORDER THEREON TO CONTINUE CASE MANAGEMENT CONFERENCE** |

　　　　Pursuant to USDC ND Cal. Civil Local Rule 6, the Parties to the above-entitled action, Plaintiff Carlos Zarate ("Plaintiff") and Defendant DS Services of America, Inc. ("Defendant") (collectively

1

referred to herein as "the Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

    1.    WHEREAS, on April 27, 2015, the court scheduled a case management conference for August 5, 2015 (Dkt. 6).

    2.    WHEREAS, due to a scheduling conflict, Defendant's lead trial counsel will be unable to attend the case management conference as required by Civil L.R. 16-10(a).

    3.    WHEREAS, the parties have met and conferred and Plaintiff does not oppose Defendant's request to continue the case management conference to August 12, 2015 or the next available date convenient for the Court.

**NOW THEREFORE**, the Parties stipulate and request that the Court enter an order that the August 5, 2015 case management conference shall be continued to August 12, 2015 or the next available date convenient for the Court.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: July 21, 2015                                      FITZPATRICK, SPINI & SWANSTON

By: /s/ B. James Fitzpatrick
B. James Fitzpatrick

Attorney for Plaintiff
CARLOS ZARATE

Dated: July 21, 2015                                      SEYFARTH SHAW LLP

By: /s/ Duwayne A. Carr
Catherine M. Dacre
Emily E. Barker
Duwayne A. Carr

Attorneys for Defendant
DS SERVICES OF AMERICA, INC.

# ORDER

**PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS SO ORDERED** that

1. The August 5, 2015 case management conference is continued to August 12, 2015 at 10:00 a.m., and

2. A Joint Case Management Statement shall be filed on or before August 5, 2015.

DATED:  July 21, 2015

_____
Hon. Nathanael Cousins
United States Magistrate Judge



3

**ATTESTATION PURSUANT TO CIVIL L.R. 5.1(i)(3)**

I, Duwayne A. Carr, am the ECF user whose ID and password are being used to file this JOINT STIPULATION AND [PROPOSED] ORDER THEREON TO CONTINUE CASE MANAGEMENT CONFERENCE. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that the following attorney has concurred in this filing: B. James Fitzpatrick, counsel for Plaintiff Carlos Zarate.

Dated: July 21, 2015               SEYFARTH SHAW LLP

By:  /s/ Duwayne A. Carr
     Catherine M. Dacre
     Emily E. Barker
     Duwayne A. Carr
     Attorneys for Defendant
     DS SERVICES OF AMERICA, INC.