| | |
|---|---|
| 1 | B. James Fitzpatrick (SBN: 129056) |
| | Samuel Forbes-Roberts (SBN: 286586) |
| 2 | FITZPATRICK, SPINI & SWANSTON |
| | 555 S. Main Street |
| 3 | Salinas, CA 93901 |
| | Telephone: (831) 755-1311 |
| 4 | Facsimile:  (831) 755-1319 |
| 5 | *Attorneys for Plaintiff* |
| | *Carlos Zarate* |
| 6 | |
| | SEYFARTH SHAW, LLP |
| 7 | Catherine M. Dacre (SBN: 141988) |
| | 560 Mission Street, 31st Floor |
| 8 | San Francisco, CA 94105 |
| | Telephone: (415) 397-2823 |
| 9 | Facsimile: (415) 397-8549 |
| 10 | Duwayne A. Carr (SBN: 299136) |
| | 333 South Hope Street, Suite 3900 |
| 11 | Los Angeles, CA 90071 |
| | Telephone:  (213) 270-9600 |
| 12 | Facsimile:  (213) 270-9601 |
| 13 | *Attorneys for Defendant* |
| | *DS Services of America, Inc.* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARLOS ZARATE, | Case No. 5:15-cv-01871 NC |
| Plaintiff, | **STIPULATED DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii); ORDER** |
| v. | |
| DS SERVICES OF AMERICA, INC; and DOES 1 through 50, inclusive, | |
| Defendants. | State Court Complaint Filed: 10/01/2014 |
| | Notice of Removal Filed: 04/27/2015 |

IT IS HEREBY STIPULATED by Plaintiff Carlos Zarate on the one hand and Defendant DS Services of America, Inc. on the other hand, by and through their counsel of record and pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) that the above-captioned action be dismissed with prejudice with each party to bear its own attorney fees and costs.

-1-

1    IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

2

3                                                FITZPATRICK, SPINI & SWANSTON

4  Dated: November 5, 2015              By: /s/ Samuel Forbes-Roberts
                                             B. James Fitzpatrick, Esq.
5                                            Samuel Forbes-Roberts, Esq.
                                             *Attorneys for Plaintiff*
6
                                          SEYFARTH SHAW LLP
7  Dated: November 5, 2015
                                          By: /s/ Duwayne A. Carr
8                                             Catherine M. Dacre, Esq.
                                              Duwayne A. Carr, Esq.
9                                             *Attorneys for Defendant*

10

11                                  **ORDER**

12       Based on the stipulation of the parties, and good cause appearing therefor, IT IS

13  HEREBY ORDERED that the above-captioned action be and hereby is dismissed with prejudice

14  with each party to bear its own attorneys' fees and costs.

15

16  Dated:  November 5, 2015

17                                          _____
                                            Honorable Judge Nathanael M. Cousins
18                                          United States Magistrate Judge

[Stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — GRANTED — Judge Nathanael M. Cousins]

-2-

*Zarate v. DS Services of America, Inc.*                Stipulated Dismissal With Prejudice; Order
Case No. 5:15-cv-01871 NC